427 A.2d 243

Commonwealth v. Hude, Appellant.

Submitted September 10, 1979. Thomas F. Traud, Jr., for appellant; William H. Platt, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.

SPAETH, J., concurred in the result.

427 A.2d 243

Commonwealth v. Jackson, Appellant.

Submitted November 16, 1979. John H. Corbett, Jr., for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.